**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---------------------------------------------------------------------------x

Irakli Shalolashvili, individually and on behalf of all others
similarly situated,

Civil Action No:
3:22-cv-2168

Plaintiff,

-v.-

ProCollect Incorporated,

Defendants.
---------------------------------------------------------------------------x

## <u>JOINT STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiffs and the Defendant in the above captioned action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** <u>December 11, 2023</u>

| **For Plaintiff Irakli Shalolashvili** | **For Defendant ProCollect Incorporated** |
|---|---|
| */s/ Nayeem N. Mohammed* | */s/ John W. Bowdich, II* |
| Nayeem N. Mohammed | John W. Bowdich II |
| Law Office of Nayeem N. Mohammed | Bowdich & Associates |
| 539 W. Commerce St. #1899 | 8150 North Central Expy Suite 500 |
| Dallas, TX 75208 | Dallas, TX 75206 |
| Ph: (972) 767-9099 | Ph: (214) 307-5173 |
| nayeem@nnmpc.com | jbowdich@bowdichlaw.com |

1

## CERTIFICATE OF SERVICE

I certify that on December 11, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed
*Attorney for Plaintiff*